**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| CRAIG T. WARD | ) | CASE NO. 09-12163 |
| DAWN C. WARD, | ) | Chapter 7 |
| | ) | |
| DEBTOR(S). | | |

# NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| CREDITOR | ADDRESS | DIVIDEND |
|---|---|---|
| Wieland & Associates, Inc. | 1415 Magnavox Way<br>Suite 120<br>Fort Wayne, IN 46804 | $2.42 |
| Merchants Retail Credit Assoc.,<br> Inc. or Medical & Dental<br> Business Bureau of Allen<br> Co., Inc. | P.O. Box 11285<br>333 E. Washington Blvd.<br>Fort Wayne, IN 46857 | $2.42 |
| Asset Acceptance LLC<br> assignee AT&T | P.O. Box 2036<br>Warren, MI 48090 | $4.85 |
| Associated Anesthesiologists | c/o Snow & Sauerteig LLP<br>203 E. Berry St., Suite 1310<br>Fort Wayne, IN 46802 | $2.69 |
| Indiana Pathology | c/o Snow & Sauerteig LLP<br>203 E. Berry St., Suite 1310<br>Fort Wayne, IN 46802 | $1.76 |

| CREDITOR | ADDRESS | DIVIDEND |
|---|---|---|
| Orthopaedics Northeast | c/o Snow & Sauerteig LLP<br>203 E. Berry St., Suite 1310<br>Fort Wayne, IN 46802 | $4.39 |
| | Total | $18.53 |

**WHEREFORE**, Trustee is depositing the total sum of $18.53 with the Clerk of the U.S.

Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: December 22, 2010**

Respectfully submitted,

**CHAPTER 7 TRUSTEE**
**444 EAST MAIN STREET**
**FORT WAYNE, INDIANA 46802**
**TELEPHONE: (260) 426-0444**
**FAX: (260) 422-0274**
**EMAIL: mseifert@hallercolvin.com**

BY: **/s/ Martin E. Seifert**
    **MARTIN E. SEIFERT**
    **I.D. #16857-02**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 22nd day of December, 2010, to:

Jeffrey S. Arnold, Esq.
209 W. Van Buren Street
Columbia City, IN 46725

United States Trustee
555 One Michiana Square
100 East Wayne Street
South Bend, Indiana 46601

Wieland & Associates, Inc.
1415 Magnavox Way
Suite 120
Fort Wayne, IN 46804

Merchants Retail Credit Assoc., Inc. or
  Medical & Dental Business Bureau of
  Allen Co., Inc.
P.O. Box 11285
333 E. Washington Blvd.
Fort Wayne, IN 46857

Asset Acceptance LLC
  assignee AT&T
P.O. Box 2036
Warren, MI 48090

Associated Anesthesiologists
c/o Snow & Sauerteig LLP
203 E. Berry St., Suite 1310
Fort Wayne, IN 46802

Indiana Pathology
c/o Snow & Sauerteig LLP
203 E. Berry St., Suite 1310
Fort Wayne, IN 46802

Orthopaedics Northeast
c/o Snow & Sauerteig LLP
203 E. Berry St., Suite 1310
Fort Wayne, IN 46802


 /s/ Martin E. Seifert
**MARTIN E. SEIFERT**